UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAZYAR YAGHOUBIAN, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2299 TLN CKD<br><br><br>ORDER |

On March 24, 2017, the court held a telephonic hearing on plaintiff's motion to compel and related motion for sanctions against defendants Camp and Ahmed. (ECF No. 26.) Plaintiff was represented by attorney Mary Melton, while the pro se defendants did not appear. Good cause appearing, the court will grant plaintiff's motion to compel and seek further briefing on the request for sanctions.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to compel (ECF No. 26) is granted;

2. Defendants Camp and Ahmed must serve unobjected responses to Plaintiff's Set One Interrogatories within 14 days;

3. Defendants Camp and Ahmed must serve unobjected responses to Plaintiff's Set One Requests for Production within 14 days;

////

1

4. Defendants' failure to comply with this order may result in their answer being stricken and default judgment entered against them; and

5. Within five (5) days, plaintiff shall file a document clarifying the amount and basis of the sanctions requested in ECF No. 26. The court will rule on the issue of sanctions at that time.

Dated: May 25, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/john2299.mtc