UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YAGHOUBIAN, et. al,<br><br>　　　　　Defendant. | No. 2:16-cv-02299-TLN-CKD<br><br><br>ORDER AND<br><br>ORDER TO SHOW CAUSE |

Pending before this court are plaintiff's May 9, 2017 motion to compel initial disclosures and related motion for an order excluding non-disclosed items (ECF No. 28), and plaintiff's May 31, 2017 notice of and motion for Rule 37(b)(2)(A) sanctions (ECF No. 33) filed in response to the court's order (ECF No. 32) directing the plaintiff to file a document clarifying the amount and basis of the sanctions requested in ECF No. 26.

On June 7, 2017, the court held a hearing on plaintiff's motion to compel and related motion. (ECF No. 28) Mary Melton appeared telephonically for plaintiff Scott Johnson, while pro se defendants Camp and Ahmed did not appear. Good cause appearing, the court will grant plaintiff's motion to compel and issue an order to show cause.

Accordingly IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to compel (ECF No. 28) is granted.

1

2. Defendants Camp and Ahmed must serve initial disclosures within 14 days.

3. Defendants' failure to timely comply, or to show good cause for an extension of time, may result in the exclusion of all non-disclosed witnesses and documents.

4. Defendants shall SHOW CAUSE, in writing, why the court should not (1) impose monetary sanctions in the amount of $650.00 based upon their failure to serve responses to discovery propounded by plaintiff on time, and (2) impose further sanctions against defendants based upon their failure to follow court orders and their repeated failure to appear. Defendants' response to the order to show cause shall be filed no later than **Wednesday, June 21, 2017 at 5:00pm**.

5. Defendants' failure to comply with this order and order to show cause may result in their answer being stricken and default judgment entered against them.

IT IS SO ORDERED.

Dated: June 8, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/16-2299 Johnson v. Yaghoubian - Order and OSC

2