1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                          No.  2:16-cv-02299-TLN-CKD (PS)

12                  Plaintiff,

13        v.                                  ORDER

14   YAGHOUBIAN, et. al,

15                  Defendant.

16

17          On June 8, 2017, this court ordered defendants Camp and Ahmed to show cause in

18   writing, no later than June 21, 2017, why the court should not (1) impose monetary sanctions in

19   the amount of $650.00 based upon their failure to serve responses to discovery propounded by

20   plaintiff on time, and (2) impose further sanctions against defendants based upon their failure to

21   follow court orders and their repeated failure to appear.  (ECF No. 39.)

22          Defendants have failed to respond.  Moreover, since filing their answer on December 16,

23   2016, (ECF No. 20), defendants have been wholly unresponsive to plaintiff and the court.

24   Therefore, the court finds that sanctions are appropriate at this juncture.

25          Accordingly, IT IS HEREBY ORDERED that:

26        1.  Within fourteen (14) days of this order, defendants Camp and Ahmed shall pay the

27             Clerk of Court $650.00 in sanctions based on their failure to comply with the court's

28             prior orders.

2.  Failure to timely comply with this order will result in defendants' answer being stricken and default judgment entered against them.

IT IS SO ORDERED.

Dated:  June 28, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/16-2299.Johnson v. Yaghoubian.order sanctions