# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott N. Johnson,** | Case No.: 2:16-cv-02299-TLN-CKD |
| Plaintiff, | **[~~PROPOSED~~] ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION** |
| v. | |
| **Mazyar Yaghoubian.,** et al., | Date: 8/29/18<br>Time: 10:00 am |
| Defendants. | Courtroom: 24 |

### ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Chris Camp is continued to 8/29/18 at 10:00 am in Courtroom 24, 8th floor, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: June 21, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

(Proposed) Order on request to continue Debtor's Exams            -1-