# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**Scott N. Johnson,**

    Plaintiff,

v.

**Mazyar Yaghoubian.,** et al.,

    Defendants.

Case No.: 2:16-cv-02299-TLN-CKD

**[PROPOSED] ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR'S EXAMINATION**

Date: 8/29/18
Time: 10:00 am
Courtroom: 24

## ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Chris Camp is continued to October 3, 2018 at 10:00 am in Courtroom 24, 8th floor, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: August 30, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE